1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PHILIP LEWIS
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  NO. MAG-13-079-AC
11                                  )
                Plaintiff,          )
12                                  )  **STIPULATION AND [PROPOSED] ORDER;**
        v.                          )  **CONTINUING STATUS CONFERENCE**
13                                  )  **AND EXCLUDING TIME**
   PHILIP LEWIS,                    )
14                                  )  Date:  April 29, 2013
                Defendant.          )  Time:  2:00 p.m.
15 _____ )  Judge: Hon. Carolyn Delaney

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, TODD LERAS, Assistant United States Attorney,
18
   attorney for Plaintiff, and MATTHEW SCOBLE, attorney for PHILIP LEWIS,
19
   that the status conference hearing date of April 12, 2013 be vacated,
20
   and the matter be set for status conference on April 29, 2013 at 2:00
21
   p.m.
22
        The reason for this continuance is to allow defense counsel
23
   additional time to review discovery with the defendant, to examine
24
   possible defenses and to continue investigating the facts of the case.
25
        Based upon the foregoing, the parties agree that the time under
26
   the Speedy Trial Act should be excluded from the date of signing of
27
   this order through and including April 29, 2013 pursuant to 18 U.S.C.
28

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  April 8, 2013.                    Respectfully submitted,

                                          JOSEPH SCHLESINGER
                                          Acting Federal Public Defender


                                          /s/ Matthew Scoble
                                          MATTHEW SCOBLE
                                          Designated Counsel for Service
                                          Attorney for PHILIP LEWIS

DATED:  April 8, 2013.                    BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Matthew Scoble for
                                          TODD LERAS
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


                                   ORDER

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 12, 2013, status conference hearing be continued to April 29, 2013, at 2:00 p.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the April 29, 2013 status conference shall be excluded from computation of time within which the

1  trial of this matter must be commenced under the Speedy Trial Act
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
3  to allow defense counsel reasonable time to prepare.
4  Dated: April 8, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE