| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 22, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>PHILIP LEWIS,<br><br>            Defendant. | Case No.  2:13-CR-00170-01-TLN<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PHILIP LEWIS,

Case No.  2:13-CR-00170-01-TLN  Charge  18 U.S.C. § 1029(a)(3), from custody for the following reasons:

      ☐ Release on Personal Recognizance

      ☐ Bail Posted in the Sum of $ _____

           ☐ Unsecured Appearance Bond $ _____

           ☐ Appearance Bond with 10% Deposit

           ☐ Appearance Bond with Surety

           ☐ Corporate Surety Bail Bond

      ☒ (Other):  TIME SERVED.

Issued at Sacramento, California on October 22, 2020 at 10:30 AM.

                                        By:  _/s/ Troy L. Nunley_____

                                            District Judge Troy L. Nunley