UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>PHILIP LEWIS,<br><br>           Defendant. | No. 2:13-CR-00170-TLN<br><br>**SEALING ORDER** |

Upon application of Defendant Philip Lewis, through counsel, and good cause being shown, IT IS HEREBY ORDERED that the medical records filed in conjunction with Defendant's sentencing memorandum (ECF No. 39) be SEALED until ordered unsealed by the Court.

DATED: October 26, 2020

_____
Troy L. Nunley
United States District Judge